UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:10-cr-289-KJD-RJJ |
| vs. | ) | |
| CURTIS BRILEY, | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on David Phillips' Motion to Withdraw/Conflict of Interest (#26) for Defendant Curtis Bradley.

The Court having reviewed the Motion (#26) and good cause appearing therefore,

IT IS HEREBY ORDERED that David Phillips' Motion to Withdraw/Conflict of Interest (#26) for Defendant Curtis Bradley is **GRANTED.**

IT IS FURTHER ORDERED that court appointed counsel shall be assigned to this case.

DATED this   13th   day of August, 2010.

ROBERT J. JOHNSTON
United States Magistrate Judge