**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-289-KJD (RJJ) |
| ) | |
| CURTIS BRILEY, ) | |
| ) | |
| Defendant. ) | |

**ORDER OF FORFEITURE**

On January 17, 2012, defendant CURTIS BRILEY pled guilty to Count One of the Nine-Count Criminal Superseding Indictment charging him in Count One with Conspiracy to Commit Wire Fraud in violation of Title 18, United States Code, Sections 1343 and 1349, and agreed to the forfeiture of property set forth in the Plea Memorandum. Docket #60.

This Court finds that CURTIS BRILEY shall pay a criminal forfeiture money judgment of $100,000.00 in United States Currency to the United States of America, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 982(a)(2)(A); Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p).

. . .

. . .

. . .

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States recover from CURTIS BRILEY a criminal forfeiture money judgment in the amount of $100,000.00 in United States Currency.

DATED this __23__ day of __January__, 2012.

_____
UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the foregoing Order of Forfeiture on January 19, 2012, by the below identified method of service:

<u>CM/ECF</u>:
Kalani K. Hoo
Eichhorn & Hoo, LLC
1212 S. Casino Center Blvd
Las Vegas, NV 89104
Email: kalani@lvdefense.com
Counsel to the Defendant Curtis Briley

David T. Brown
Brown, Brown & Premsrirut
520 S 4th Street 2nd Fl.
Las Vegas, NV 89101
Email: master@brownlawlv.com
Counsel to the Defendant Curtis Briley

David L. Phillips
DAVID LEE PHILLIPS & ASSOCIATES
700 South 4th Street
Las Vegas, NV 89101
Email: phillips538@yahoo.com
Counsel to the Defendant Curtis Briley

Daniel J. Albregts
Daniel J. Albregts, Esq.
601 S. 10th St Suite 202
Las Vegas, NV 89101
Email: albregts@hotmail.com
Counsel to Defendant Brenda Jackson

Richard F Boulware
Federal Public Defender
411 E. Bonneville
Las Vegas, NV 89101
Email: Richard_Boulware@fd.org
Counsel to Defendant Brenda Jackson

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal